# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TABATHA SANDERS,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al<br><br>　　　　　　　　　Defendants. | Case No. 2:13-cv-1469-JCM-NJK<br><br>**ORDER**<br><br>(IFP App - Dkt. #1) |

This matter is before the court on Plaintiff Tabatha Sanders' Application to Proceed *In Forma Pauperis* (Dkt. #1) filed August 15, 2013. Plaintiff has requested authority, pursuant to 28 U.S.C. § 1915, to proceed *in forma pauperis,* and submitted a Complaint. This proceeding was referred to this court by Local Rule IB 1-9.

Plaintiff has submitted an incomplete Application to Proceed *In Forma Pauperis.* Plaintiff has not responded fully to questions 3 and 7. Namely, Plaintiff indicates in question 3 that she receives income from sources other than employment or any other source listed in question 3. She has not, however, described each source of money, the amount she has received, and the amount she expects to receive in the future, as required by the question. Further, in question 7, Plaintiff has failed to state how much she contributes to the support of each child, as required by the question.[1] As a result, the court cannot properly evaluate Plaintiff's *In Forma Pauperis* Application, and her Application will be denied without prejudice. The Clerk of Court shall retain the Complaint.

---

[1] Additionally, despite the fact that Plaintiff's children are minors, she has listed their full names instead of simply their initials. In any future filings, the Court expects Plaintiff to list her minor children by their initials.

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT PREJUDICE.
2. The Clerk of Court shall mail plaintiff a blank application, and plaintiff shall have until **October 16, 2013,** in which to submit the completed application or pay the $400.00 filing fee.
3. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

Dated this 16th day of September, 2013.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE